UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SMITH,<br><br>        Plaintiff,<br><br>    v.<br><br>M. DAGUIO, et al.,<br><br>        Defendants. | Case No. 18-06378 BLF (PR)<br><br>**ORDER DENYING APPLICATION FOR ENTRY OF DEFAULT**<br><br>(Docket No. 14) |

Plaintiff, a California inmate, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against prison officers at the Correctional Training Facility in Soledad. On September 24, 2019, the Court issued an order of service directing Defendants to file a dispositive motion no later than ninety-one (91) days from the date the order is filed, i.e., December 24, 2019. (Docket No. 8.) Accordingly, Plaintiff's recently filed application for entry of default, (Docket No. 14), is DENIED as the time for Defendants to file a response has not yet expired.

This order terminates Docket No. 14.

**IT IS SO ORDERED.**

**Dated:** December 16, 2019

                                                 BETH LABSON FREEMAN
                                                 United States District Judge

Order Denying App. For Default
PRO-SE\BLF\CR.18\06378Smith_deny.default