IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **JASON SMITH,**<br><br>Plaintiff,<br><br>v.<br><br>**M. DAGUIO, et al. ,**<br><br>Defendants. | 5:18-cv-06378-BLF<br><br>**ORDER GRANTING MOTION TO CHANGE THE DISPOSITIVE MOTION DEADLINE** |

Defendants moved this Court to change the time to file a summary-judgment or other dispositive motion, through March 20, 2020. After full consideration, and good cause appearing, Defendants' motion is GRANTED.

///

///

///

///

///

///

///

1

Pursuant to the Court's September 24, 2019 Order, Plaintiff's opposition to the summary judgment or other dispositive motion must be filed with the Court and served upon Defendants no later than **28 days** from the date the motion is filed. Defendants shall file a reply brief no later than **14 days** after the date the opposition is filed. The motion will be deemed submitted on the date the reply brief is due.

**IT IS SO ORDERED.**

Dated: _January 7, 2020_  

_____
The Honorable Beth Labson Freeman.

SF2019202428
21753117.docx