UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>M. DAGUIO, et al.,<br><br>    Defendants. | Case No. 18-06378 BLF (PR)<br><br>**ORDER TERMINATING MOTION AS MOOT**<br><br><br><br>(Docket No. 18) |

Plaintiff, a California inmate, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against prison officers at the Correctional Training Facility in Soledad. Plaintiff filed a request for a copy of the "civil docket sheet" in this matter. (Docket No. 18.) The docket reflects that the clerk responded to this request and sent a copy of the docket to Plaintiff on March 3, 2020. Accordingly, the Clerk shall terminate the motion as moot.

**IT IS SO ORDERED.**

Dated: March 4, 2020

                                                BETH LABSON FREEMAN
                                              United States District Judge

Order Terminating Docket
PRO-SE\BLF\CR.18\06378Smith_term.docket