UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SMITH,<br>        Plaintiff,<br>v.<br><br>M. DAGUIO, et al.,<br>        Defendants. | Case No. 18-06378 BLF (PR)<br><br>**JUDGMENT** |

The Court has dismissed all claims against Defendants and granted their motion for summary judgment. Judgment is entered in favor of Defendants.

The Clerk shall close the file.

**IT IS SO ORDERED.**

**Dated: __December 30, 2020_____**

*[signature]*
BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.18\06378Smith_judgment1